450 A.2d 215

Johnson, Appellant v. Williams, et al.

Submitted October 5, 1981. Jay I. Bomze, for appellant; Ronald A. Smith, for Williams, appellee; Mary Louise Dansigny, for O'Neill, et al., appellees.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge John J. McDevitt, III is affirmed.

450 A.2d 215

Markey v. Stahl Headers, Appellant.

Argued March 23, 1982. Samuel M. Learned, for appellant; John R. Gailey, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.